## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

**JOEL WITTEMANN, RANDY UDELL,**
**CAROL COUILLARD, MICHAEL**
**LOOMIS, and TERRENCE O'NEIL,**
individually and on behalf of the Class, and
others similarly situated,

       Plaintiffs,

v.

**WISCONSIN BELL, INC.,**

       Defendant.

Court File No. 09-cv-440-slc

---

## PLAINTIFFS' NOTICE OF MOTION AND MOTION
## FOR ATTORNEYS' FEES AND COSTS

---

Plaintiffs Joel Wittemann, Randy Udell, Carol Couillard, Michael Loomis, and Terrence O'Neil, on behalf of themselves and other Opt-In Plaintiffs (collectively, "Plaintiffs") and on behalf of the Rule 23 Settlement Class, respectfully request that this Court grant their motion for Attorneys' Fees and Costs. In support of this Motion, Plaintiffs submit a memorandum of law, the Declaration of Timothy C. Selander, and supporting evidentiary materials.

WHEREFORE, Plaintiffs request an Order:

(1)    finding that the request for attorneys' fees and costs meets all requirements of Fed. R. Civ. P. 23(h)(1) and (2);

(2)    finding that the requested award of attorneys' fees is appropriate based on the fee agreement between Class Counsel and the Named Plaintiffs, the market price for legal services, the risk of nonpayment, the normal rate of compensation in the market for similar litigation, and the benefits conferred upon the Plaintiffs and the Settlement Class Members;

(3)     finding that Class Counsel's litigation costs and expenses were reasonably and necessarily incurred for the benefit of the Plaintiffs and the Settlement Class, and that reimbursement is justified.

(4)     awarding Class Counsel attorneys' fees in the amount of thirty-three and one-third percent (33⅓%) of the Settlement as agreed to in the parties' Joint Stipulation of Settlement and reimbursement of costs and expenses in the amount of $22,079.23.


Respectfully submitted,


Dated: February 25, 2011                    /s/*Timothy C. Selander*
                                            Timothy C. Selander, MN Bar No. 0387016
                                            **NICHOLS KASTER, PLLP**
                                            4600 IDS Center, 80 South Eighth Street
                                            Minneapolis, MN  55402
                                            Tel.: (612) 256-3200
                                            Fax: (612) 215-6870
                                            Email: selander@nka.com

                                            COUNSEL FOR PLAINTIFFS AND THE CLASS

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that true and correct copies of the **Plaintiffs'**

**Motion for Attorneys' Fees and Costs** was served and filed on February 25, 2011 with the

Clerk of Court using the CM/ECF system, which will send notification of the filing to the

following:

**Kenneth W. Gage:** kennethgage@paulhastings.com;
**Paul J. Lukas:** lukas@nka.com;
**Matthew H. Morgan:** morgan@nka.com;
**Timothy C. Selander:** selander@nka.com; and
**Adrianna Shannon:** shannon@nka.com.


<u>/s/*Timothy C. Selander*</u>
Nichols Kaster, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Tel.: (612) 256-3200
Fax: (612) 215-6870
Email: selander@nka.com