# PaulHastings

Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
Thirtieth Floor
Chicago, IL 60606
telephone 312-499-6000 • facsimile 312-499-6100 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(312) 499-6046
kennethgage@paulhastings.com

March 4, 2011

36516-00167

**VIA FACSIMILE**

Judge Stephen L. Crocker
United States District Court
Western District of Wisconsin
120 North Henry Street, Room 320
P.O. Box 432
Madison, WI 53701-0432

Re:   *Wittemann, et al. v. Wisconsin Bell Telephone Company*
      United States District Court, Western District of Wisconsin
      Case No.: 09 CV 440

Dear Judge Crocker:

There is a final hearing in the above-subject case on Friday, March 18, 2011. I am requesting to participate in this final hearing via telephone, as I will need to be in Chicago on that date and would like to avoid rescheduling other commitments. If necessary, I will attempt to reschedule other events or arrange to have a colleague appear on my behalf. Opposing counsel does not object to this request.

Thank you.

Respectfully yours,

Kenneth W. Gage
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:   Timothy C. Selander
      NICHOLS KASTER, PLLP

KWG:cs